IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,  Civil No.: 19-cv-11806

Plaintiff

-v-

JENNETTE CARABALLO
32 Black Hawk Road
Pine Bush, NY 12566

CHASE BANK USA, NA
200 White Clay Center Drive
Newark, DE 19711

GE MONEY BANK
170 Election Road, Ste 125
Draper, UT 84020

MARY CARABALLO
32 Black Hawk Road
Pine Bush, NY 12566

DEFAULT JUDGMENT AND JUDGMENT OF FORECLOSURE AND SALE

On the original Summons and Complaint, and Notice of Pendency of this action, all filed in the office of the Clerk of this Court, and upon due proof of service upon each of the Defendants in this action, and upon the Affirmation of Barry M. Weiss dated January 4, 2022 and the Affidavit of Theresa M. Jordison sworn to on January 4, 2022, and the exhibits thereto, by all of which it appears to the satisfaction of this Court that the Plaintiff is in all respects entitled to a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure and Section 1321 of the

New York Real Property Actions and Proceedings Law, now upon the motion of the United States, it is

ORDERED, ADJUDGED AND DECREED, as follows:

That the mortgaged premises described in the Complaint, as hereinafter set forth, being more commonly known as 32 Black Hawk Road, Pine Bush, New York 12566, a parcel of land improved with a single family home, to be sold in and as one parcel, as a sale in one parcel will be most beneficial to the interests of the parties;

The name and phone number of the servicer for the Plaintiff is: United States Department of Agriculture, 1-800-414-1226.

That the sale be conducted at public auction at the Supreme Courthouse for the County of Orange, 285 Main St, Goshen, NY 10924 or at another such suitable location, by and under the direction of _Brenda J. Miller, Esq. 43 John St., Goshen, NY 10924_ Special Master or Referee for the Southern District of New York, who is hereby directed to make the sale of said premises.

The Special Master or Referee shall give public notice of the time and place of sale as follows: The referee shall post copies of the Notice of Sale in three (3) conspicuous public places in the Town of Crawford where the premises are located + three (3) conspicuous places in the Town of Goshen where the sale shall be conducted.

That the Special Master or Referee cause to be sent by mail, a copy of the Notice of Sale by depositing the same in a prepaid wrapper addressed to:

JENNETTE CARABALLO
32 Black Hawk Road
Pine Bush, NY 12566

CHASE BANK USA, NA
200 White Clay Center Drive
Newark, DE 19711

GE MONEY BANK
170 Election Road, Ste 125
Draper, UT 84020

MARY CARABALLO
32 Black Hawk Road
Pine Bush, NY 12566

That the Special Master or Referee shall post copies of the Notice of Sale in three (3) conspicuous public places in Orange County, New York where the premises are located;

That the Special Master or Referee cause the Notice to be published once weekly for four consecutive weeks in the ___Times Herald Record___, a newspaper of general circulation published in Orange County, where the mortgaged premises are located. The Notice need not contain the full legal description of the property as set forth in Schedule A, but may refer to the property as 32 Black Hawk Road, Pine Bush, NY 12566

The Plaintiff or any other party to this action may become a purchaser on such sale.

The Special Master or Referee shall execute to the purchaser on such sale a deed of the premises sold and upon receiving the proceeds of sale, forthwith pay the following items:

FIRST, Special Master's or Referee's fees and commissions on the said sale not exceeding, however, the sum of $300.00;

SECOND, advertising expenses as shown on bills to be specified in his Report of Sale;

THIRD, The sum of $422,230.94, with interest thereon from December 27, 2021, the amount owing to the Plaintiff and secured by the mortgage which is the subject of this action, or so much thereof as the purchase money of the mortgaged premises will pay of the same.\

FOURTH, Attorney Fees in the amount of $3,875.00 which is hereby awarded to Plaintiff as reasonable legal fees herein

THAT in case the Plaintiff is the purchaser of the mortgaged premises at the sale, or in the event the rights of the purchaser at the sale and the terms of the sale under this judgment shall be assigned to an acquired by the Plaintiff and a valid assignment thereof filed with the Special Master or Referee, the Special Master or Referee shall not require the Plaintiff to pay in cash, the entire amount bid at said sale, but shall execute and deliver to Plaintiff a deed of the premises sold upon payment to the Special Master or Referee of the amounts specified above in items marked "FIRST" and "SECOND"; that the balance of the amount bid, after deducting therefrom the amounts paid by the Plaintiff, shall be allowed to the plaintiff as specified above in item marked "THIRD"; that if, after so applying the balance of the amount bid there shall be a surplus over and above the said amounts due to the Plaintiff, the Plaintiff shall pay to the Special Master or Referee, upon delivery to it of said Special Master or Referee's deed, the amount of said surplus; and that the Special Master or Referee then shall make the payments as herein directed.

That the Special Master or Referee take the receipt of the Plaintiff or its attorney, for the amounts paid as hereinabove directed in item marked "THIRD" and file it with his Report of Sale;

That the surplus moneys, if any, be then deposited in the Registry of this Court, to be withdrawn only on the order of this Court;

That the Special Master or Referee make his report of such sale and file it with the Clerk of this Court with all convenient speed; that if the proceeds of the sale be insufficient to pay the amounts herein directed to be paid to Plaintiff, with the expenses of the sale, interest, costs, and allowances, as aforesaid, the Special Master or Referee specify the amount of such deficiency in the Special Master's or Referee's Report of Sale.

The purchaser on such sale shall be let into possession of the premises sold upon production of the Special Master or Referee's deed to such premises; and that it is still further

ORDERED, ADJUDGED AND DECREED that each and every one of the defendants in this action, and all persons claiming under them or any or either of them after the filing of the Notice of Pendency of this action, be and they are forever barred and foreclosed of all right, title, interest, claim, lien and equity of redemption in and to the mortgaged premises and each and every part and parcel thereof.

The description of the said premises is attached hereto as Schedule A, as previously stated herein

IT IS SO ORDERED

DATED: 2/9/22

_____
UNITED STATES DISTRICT COURT

## Schedule A Description
### (Legal Description)

All that certain lot, piece or parcel of land situate, lying and being in the Town of Crawford, County of Orange, State of New York and being shown as lot #2 on a filed map entitled "3 Lot Subdivision of lands for Hoek" filed in the Orange County Clerk's Office on May 18, 1992 as Map #106-92 and being more accurately bounded and described as follows:

Beginning at a point in or near the center of Blackhawk Road at the division line between lot #2 with lot #1 and also being the southwesterly most corner of the herein described parcel; thence from the said point or place of beginning and following along the division line between lot #2 with lot #1 and passing over an iron pin set on line at 25 feet, North 03 degrees 15 minutes 20 seconds East 75.00 feet to an iron pin set; thence along the same, North 17 degrees 36 minutes 47 seconds West 223.11 feet to an iron pin found; thence along the division line between lot #2 with lot #3 of filed map #156-95 and along a stonewall, North 65 degrees 20 minutes 00 seconds East 171.74 feet to an iron pin found; thence along the division line between lot #3 with lot #2, South 17 degrees 36 minutes 47 seconds East 218.21 feet to a point; thence along the same, South 03 degrees 15 minutes 20 seconds West 160.00 feet to a point in or near the center of Blackhawk Road; thence along or near the center of Blackhawk Road, North 86 degrees 44 minutes 40 seconds West 150.00 feet to the point or place of beginning and containing 1.27 acres of land, more or less.

BEING THE SAME PREMISES WHICH ARE ABOUT TO BE CONVEYED BY RAMON MERCADO AND MARGARITA MERCADO, HIS WIFE, TO JENNETTE CARABALLO, BY DEED WHICH IS ABOUT TO BE RECORDED SIMULTANEOUSLY HEREWITH.

THESE PREMISES ARE IMPROVED BY A ONE-FAMILY DWELLING ONLY.

